UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

|  |  |
|---|---|
| Plaintiff, | **S U M M O N S** |
| v. | Court No. |
| UNITED STATES, Defendant. | |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Gina Justice
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | Center (if known): |
|---|---|
| Protest Number: | Date Protest Filed: |
| Importer: | Date Protest Denied: |
| Category of Merchandise: | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

_____
*Date*

# SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 550124107157 | 7/24/2024 | 10/27/2025 | K1040298297 | 4/13/2020 | 3/22/2024 | 5501 |
| | | | K1040298305 | 4/13/2020 | 3/22/2024 | 5501 |
| | | | K1040298313 | 4/20/2020 | 3/22/2024 | 5501 |
| | | | K1040298321 | 4/20/2020 | 3/22/2024 | 5501 |
| | | | K1040298347 | 4/27/2020 | 3/22/2024 | 5501 |
| | | | K1040298354 | 4/27/2020 | 3/22/2024 | 5501 |
| | | | K1040298362 | 5/4/2020 | 4/19/2024 | 5501 |
| | | | K1040298388 | 5/6/2020 | 4/19/2024 | 5501 |
| | | | K1040298396 | 5/7/2020 | 4/19/2024 | 5501 |
| | | | K1040298404 | 5/7/2020 | 4/19/2024 | 5501 |
| | | | K1040298412 | 5/11/2020 | 4/19/2024 | 5501 |
| | | | K1040298420 | 5/20/2020 | 4/19/2024 | 5501 |
| | | | K1040298461 | 6/8/2020 | 5/10/2024 | 5501 |
| | | | K1040298487 | 6/15/2020 | 5/10/2024 | 5501 |
| | | | K1040298495 | 6/15/2020 | 5/10/2024 | 5501 |
| | | | K1040298503 | 6/15/2020 | 5/10/2024 | 5501 |
| | | | K1040298511 | 6/15/2020 | 5/10/2024 | 5501 |
| | | | K1040298529 | 6/15/2020 | 5/10/2024 | 5501 |
| | | | K1040298586 | 7/6/2020 | 6/21/2024 | 5501 |
| | | | K1040298594 | 7/6/2020 | 6/21/2024 | 5501 |
| | | | K1040298636 | 7/13/2020 | 6/21/2024 | 5501 |
| | | | K1040298644 | 7/13/2020 | 6/21/2024 | 5501 |
| | | | K1040298669 | 7/20/2020 | 6/21/2024 | 5501 |
| | | | K1040298677 | 7/20/2020 | 6/21/2024 | 5501 |
| | | | K1040298719 | 7/27/2020 | 6/21/2024 | 5501 |
| | | | K1040298727 | 7/27/2020 | 6/21/2024 | 5501 |
| | | | K1040298735 | 7/28/2020 | 6/21/2024 | 5501 |
| | | | SCS12815066 | 7/10/2020 | 6/21/2024 | 5501 |
| 470124102884 | 2/27/2024 | 10/27/2025 | K1040297489 | 12/3/2019 | 11/24/2023 | 4701 |
| | | | K1040297497 | 12/3/2019 | 11/24/2023 | 4701 |
| | | | K1040297505 | 12/3/2019 | 11/24/2023 | 4701 |
| | | | K1040297521 | 12/2/2019 | 11/24/2023 | 4701 |
| | | | K1040297547 | 12/2/2019 | 11/24/2023 | 4701 |
| | | | K1040297596 | 12/11/2019 | 11/24/2023 | 4701 |
| | | | K1040297604 | 12/9/2019 | 11/24/2023 | 4701 |
| | | | K1040297620 | 12/10/2019 | 11/24/2023 | 4701 |
| | | | K1040297646 | 12/16/2019 | 11/24/2023 | 4701 |
| | | | K1040297653 | 12/16/2019 | 11/24/2023 | 4701 |
| | | | K1040297687 | 12/17/2019 | 11/24/2023 | 4701 |
| | | | K1040297737 | 1/13/2020 | 12/22/2023 | 4701 |
| | | | K1040297745 | 1/13/2020 | 12/8/2023 | 4701 |
| | | | K1040297752 | 1/13/2020 | 12/22/2023 | 4701 |
| | | | K1040297760 | 1/14/2020 | 12/22/2023 | 4701 |
| | | | K1040297844 | 1/21/2020 | 12/22/2023 | 4701 |

## SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040297869 | 1/22/2020 | 12/22/2023 | 4701 |
| | | | K1040297877 | 1/27/2020 | 12/22/2023 | 4701 |
| | | | K1040297919 | 1/27/2020 | 12/22/2023 | 4701 |
| | | | K1040297927 | 1/27/2020 | 12/22/2023 | 4701 |
| | | | K1040297935 | 1/27/2020 | 12/22/2023 | 4701 |
| | | | K1040297992 | 2/10/2020 | 1/19/2024 | 4701 |
| | | | K1040298032 | 2/17/2020 | 1/19/2024 | 4701 |
| | | | K1040298040 | 2/18/2020 | 1/19/2024 | 4701 |
| | | | K1040298107 | 2/24/2020 | 1/19/2024 | 4701 |
| | | | K1040298131 | 3/2/2020 | 2/16/2024 | 4701 |
| | | | K1040298180 | 3/9/2020 | 2/16/2024 | 4701 |
| | | | K1040298198 | 3/9/2020 | 2/16/2024 | 4701 |
| | | | K1040298222 | 3/16/2020 | 2/16/2024 | 4701 |
| | | | K1040298248 | 3/17/2020 | 2/16/2024 | 4701 |
| | | | SCS81159874 | 12/16/2019 | 11/24/2023 | 4701 |
| | | | SCS92599274 | 3/14/2020 | 2/16/2024 | 4701 |
| 460123133544 | 2/2/2023 | 10/27/2025 | K1040289551 | 12/5/2018 | 11/18/2022 | 4601 |
| | | | K1040292852 | 10/1/2018 | 9/23/2022 | 4601 |
| | | | K1040292860 | 10/1/2018 | 9/23/2022 | 4601 |
| | | | K1040292878 | 10/1/2018 | 9/23/2022 | 4601 |
| | | | K1040292886 | 10/1/2018 | 9/23/2022 | 4601 |
| | | | K1040292894 | 10/1/2018 | 9/23/2022 | 4601 |
| | | | K1040292902 | 10/1/2018 | 9/23/2022 | 4601 |
| | | | K1040292910 | 10/1/2018 | 9/23/2022 | 4601 |
| | | | K1040292936 | 10/8/2018 | 9/23/2022 | 4601 |
| | | | K1040292951 | 10/16/2018 | 9/30/2022 | 4601 |
| | | | K1040292969 | 10/16/2018 | 9/23/2022 | 4601 |
| | | | K1040292977 | 10/16/2018 | 9/23/2022 | 4601 |
| | | | K1040292985 | 10/15/2018 | 9/23/2022 | 4601 |
| | | | K1040292993 | 10/15/2018 | 9/23/2022 | 4601 |
| | | | K1040293009 | 10/15/2018 | 9/23/2022 | 4601 |
| | | | K1040293017 | 10/15/2018 | 9/23/2022 | 4601 |
| | | | K1040293025 | 10/15/2018 | 9/23/2022 | 4601 |
| | | | K1040293033 | 10/15/2018 | 9/23/2022 | 4601 |
| | | | K1040293082 | 10/22/2018 | 9/30/2022 | 4601 |
| | | | K1040293090 | 10/22/2018 | 9/23/2022 | 4601 |
| | | | K1040293108 | 10/22/2018 | 9/23/2022 | 4601 |
| | | | K1040293116 | 10/22/2018 | 9/23/2022 | 4601 |
| | | | K1040293124 | 10/22/2018 | 9/23/2022 | 4601 |
| | | | K1040293132 | 10/22/2018 | 9/23/2022 | 4601 |
| | | | K1040293140 | 10/22/2018 | 9/23/2022 | 4601 |
| | | | K1040293157 | 10/22/2018 | 9/23/2022 | 4601 |
| | | | K1040293215 | 10/30/2018 | 9/23/2022 | 4601 |
| | | | K1040293223 | 10/30/2018 | 9/30/2022 | 4601 |

## SCHEDULE OF PROTESTS

CEE008
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040293231 | 10/29/2018 | 9/23/2022 | 4601 |
| | | | K1040293249 | 10/30/2018 | 9/23/2022 | 4601 |
| | | | K1040293256 | 10/30/2018 | 9/23/2022 | 4601 |
| | | | K1040293264 | 10/30/2018 | 9/23/2022 | 4601 |
| | | | K1040293280 | 11/1/2018 | 10/28/2022 | 4601 |
| | | | K1040293306 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293314 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293322 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293330 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293348 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293355 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293363 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293371 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293389 | 11/5/2018 | 10/28/2022 | 4601 |
| | | | K1040293413 | 11/8/2018 | 10/28/2022 | 4601 |
| | | | K1040293421 | 11/15/2018 | 10/28/2022 | 4601 |
| | | | K1040293439 | 11/13/2018 | 10/28/2022 | 4601 |
| | | | K1040293454 | 11/13/2018 | 10/28/2022 | 4601 |
| | | | K1040293462 | 11/12/2018 | 10/28/2022 | 4601 |
| | | | K1040293470 | 11/13/2018 | 10/28/2022 | 4601 |
| | | | K1040293488 | 11/12/2018 | 10/28/2022 | 4601 |
| | | | K1040293496 | 11/12/2018 | 10/28/2022 | 4601 |
| | | | K1040293538 | 11/19/2018 | 10/28/2022 | 4601 |
| | | | K1040293546 | 11/19/2018 | 10/28/2022 | 4601 |
| | | | K1040293553 | 11/19/2018 | 10/28/2022 | 4601 |
| | | | K1040293561 | 11/19/2018 | 10/28/2022 | 4601 |
| | | | K1040293579 | 11/19/2018 | 10/28/2022 | 4601 |
| | | | K1040293587 | 11/19/2018 | 10/28/2022 | 4601 |
| | | | K1040293611 | 11/26/2018 | 10/28/2022 | 4601 |
| | | | K1040293629 | 11/26/2018 | 10/28/2022 | 4601 |
| | | | K1040293637 | 11/26/2018 | 10/28/2022 | 4601 |
| | | | K1040293660 | 12/4/2018 | 11/25/2022 | 4601 |
| | | | K1040293678 | 12/3/2018 | 11/25/2022 | 4601 |
| | | | K1040293686 | 12/3/2018 | 11/25/2022 | 4601 |
| | | | K1040293694 | 12/3/2018 | 11/25/2022 | 4601 |
| | | | K1040293744 | 12/11/2018 | 11/25/2022 | 4601 |
| | | | K1040293751 | 12/11/2018 | 11/25/2022 | 4601 |
| | | | K1040293769 | 12/11/2018 | 11/25/2022 | 4601 |
| | | | K1040293777 | 12/10/2018 | 11/25/2022 | 4601 |
| | | | K1040293785 | 12/10/2018 | 11/25/2022 | 4601 |
| | | | K1040293793 | 12/10/2018 | 11/25/2022 | 4601 |
| | | | K1040293801 | 12/10/2018 | 11/25/2022 | 4601 |
| | | | K1040293819 | 12/10/2018 | 11/25/2022 | 4601 |
| | | | K1040293827 | 12/10/2018 | 11/25/2022 | 4601 |

# SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040293835 | 12/10/2018 | 12/2/2022 | 4601 |
| | | | K1040293843 | 12/19/2018 | 11/25/2022 | 4601 |
| | | | K1040293850 | 12/17/2018 | 11/25/2022 | 4601 |
| | | | K1040293868 | 12/17/2018 | 11/25/2022 | 4601 |
| | | | K1040293876 | 12/17/2018 | 12/2/2022 | 4601 |
| | | | K1040293884 | 12/17/2018 | 11/25/2022 | 4601 |
| | | | K1040293892 | 12/17/2018 | 11/25/2022 | 4601 |
| | | | K1040293900 | 12/17/2018 | 11/25/2022 | 4601 |
| | | | K1040293918 | 12/17/2018 | 11/25/2022 | 4601 |
| | | | K1040293934 | 12/17/2018 | 11/25/2022 | 4601 |
| | | | K1040293942 | 12/20/2018 | 11/25/2022 | 4601 |
| | | | K1040293959 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040293967 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040293975 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040293991 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040294007 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040294015 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040294023 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040294031 | 1/7/2019 | 12/16/2022 | 4601 |
| | | | K1040294106 | 1/15/2019 | 12/16/2022 | 4601 |
| | | | K1040294114 | 1/16/2019 | 12/16/2022 | 4601 |
| | | | K1040294122 | 1/15/2019 | 12/16/2022 | 4601 |
| | | | K1040294130 | 1/15/2019 | 12/16/2022 | 4601 |
| | | | K1040294148 | 1/14/2019 | 12/16/2022 | 4601 |
| | | | K1040294155 | 1/14/2019 | 12/16/2022 | 4601 |
| | | | K1040294163 | 1/14/2019 | 12/16/2022 | 4601 |
| | | | K1040294171 | 1/14/2019 | 12/16/2022 | 4601 |
| | | | K1040294189 | 1/14/2019 | 12/16/2022 | 4601 |
| | | | K1040294197 | 1/14/2019 | 12/16/2022 | 4601 |
| | | | K1040294213 | 1/22/2019 | 12/16/2022 | 4601 |
| | | | K1040294221 | 1/22/2019 | 12/16/2022 | 4601 |
| | | | K1040294239 | 1/22/2019 | 12/16/2022 | 4601 |
| | | | K1040294247 | 1/21/2019 | 12/16/2022 | 4601 |
| | | | K1040294254 | 1/21/2019 | 12/16/2022 | 4601 |
| | | | K1040294262 | 1/21/2019 | 12/16/2022 | 4601 |
| | | | K1040294270 | 1/21/2019 | 12/16/2022 | 4601 |
| | | | K1040294288 | 1/25/2019 | 12/16/2022 | 4601 |
| | | | K1040294312 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294320 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294338 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294346 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294353 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294361 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294379 | 1/28/2019 | 12/16/2022 | 4601 |

Form 1-3

## SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040294387 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294395 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294403 | 1/28/2019 | 12/16/2022 | 4601 |
| | | | K1040294452 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294460 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294478 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294486 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294494 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294502 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294510 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294528 | 2/4/2019 | 1/20/2023 | 4601 |
| | | | K1040294569 | 2/20/2019 | 1/20/2023 | 4601 |
| | | | K1040294577 | 2/19/2019 | 1/20/2023 | 4601 |
| | | | K1040294627 | 2/22/2019 | 1/20/2023 | 4601 |
| | | | K1040294635 | 2/24/2019 | 1/20/2023 | 4601 |
| | | | K1040294643 | 2/25/2019 | 1/20/2023 | 4601 |
| | | | K1040294650 | 2/25/2019 | 1/20/2023 | 4601 |
| | | | K1040294668 | 2/25/2019 | 1/20/2023 | 4601 |
| | | | K1040294676 | 2/25/2019 | 1/20/2023 | 4601 |
| | | | SCS18659657 | 10/15/2018 | 9/30/2022 | 4601 |
| | | | SCS26114968 | 12/1/2018 | 11/25/2022 | 4601 |
| | | | SCS31973333 | 1/15/2019 | 12/16/2022 | 4601 |
| 419625112176 | 8/18/2025 | 10/27/2025 | SCS64846928 | 6/23/2021 | 5/23/2025 | 4196 |
| 272025105632 | 9/5/2025 | 10/27/2025 | B7800093331 | 6/21/2021 | 5/23/2025 | 2720 |
| | | | B7800093448 | 6/28/2021 | 5/23/2025 | 2720 |
| | | | B7800093455 | 6/29/2021 | 5/23/2025 | 2720 |
| 272025105503 | 5/20/2025 | 10/27/2025 | K1040299543 | 1/11/2021 | 12/20/2024 | 2720 |
| | | | K1040299550 | 1/11/2021 | 12/20/2024 | 2720 |
| | | | K1040299584 | 1/25/2021 | 12/20/2024 | 2720 |
| | | | K1040299600 | 2/3/2021 | 1/31/2025 | 2720 |
| | | | K1040299675 | 2/22/2021 | 1/24/2025 | 2720 |
| | | | K1040299766 | 3/8/2021 | 2/21/2025 | 2720 |
| | | | K1040299782 | 3/15/2021 | 2/21/2025 | 2720 |
| | | | K1040299790 | 3/15/2021 | 2/21/2025 | 2720 |
| | | | K1040299832 | 3/22/2021 | 2/21/2025 | 2720 |
| | | | K1040299857 | 3/22/2021 | 2/21/2025 | 2720 |
| | | | K1040299873 | 4/12/2021 | 3/21/2025 | 2720 |
| | | | K1040299881 | 4/12/2021 | 3/21/2025 | 2720 |
| | | | K1040299915 | 4/20/2021 | 3/21/2025 | 2720 |
| | | | K1040299923 | 4/19/2021 | 3/21/2025 | 2720 |
| | | | K1040299931 | 4/23/2021 | 3/21/2025 | 2720 |
| | | | K1040299949 | 4/23/2021 | 3/21/2025 | 2720 |
| | | | K1040299956 | 4/26/2021 | 3/21/2025 | 2720 |
| | | | SCS39824505 | 1/13/2021 | 12/20/2024 | 2720 |

Form 1-3

## SCHEDULE OF PROTESTS

CEE008
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | SCS40332472 | 1/18/2021 | 12/20/2024 | 2720 |
| | | | SCS42247645 | 1/29/2021 | 12/13/2024 | 2720 |
| | | | SCS43637521 | 2/9/2021 | 1/24/2025 | 2720 |
| | | | SCS46509354 | 3/1/2021 | 2/21/2025 | 2720 |
| | | | SCS52918606 | 4/10/2021 | 3/21/2025 | 2720 |
| | | | SCS56664057 | 5/3/2021 | 4/25/2025 | 2720 |
| | | | SCS57836175 | 5/12/2021 | 4/25/2025 | 2720 |
| 272024105388 | 12/11/2024 | 10/27/2025 | K1040298743 | 8/3/2020 | 7/26/2024 | 2720 |
| | | | K1040298750 | 8/3/2020 | 7/26/2024 | 2720 |
| | | | K1040298768 | 8/3/2020 | 7/26/2024 | 2720 |
| | | | K1040298776 | 8/10/2020 | 7/26/2024 | 2720 |
| | | | K1040298784 | 8/10/2020 | 7/26/2024 | 2720 |
| | | | K1040298792 | 8/17/2020 | 7/26/2024 | 2720 |
| | | | K1040298800 | 8/17/2020 | 7/26/2024 | 2720 |
| | | | K1040298818 | 8/24/2020 | 7/26/2024 | 2720 |
| | | | K1040298826 | 8/24/2020 | 7/26/2024 | 2720 |
| | | | K1040298834 | 8/31/2020 | 7/26/2024 | 2720 |
| | | | K1040298859 | 8/31/2020 | 7/26/2024 | 2720 |
| | | | K1040298891 | 9/8/2020 | 8/23/2024 | 2720 |
| | | | K1040298909 | 9/8/2020 | 8/23/2024 | 2720 |
| | | | K1040298933 | 9/14/2020 | 8/23/2024 | 2720 |
| | | | K1040298941 | 9/14/2020 | 8/23/2024 | 2720 |
| | | | K1040298966 | 9/21/2020 | 8/23/2024 | 2720 |
| | | | K1040298974 | 9/21/2020 | 8/23/2024 | 2720 |
| | | | K1040299014 | 9/21/2020 | 8/23/2024 | 2720 |
| | | | K1040299030 | 9/28/2020 | 8/23/2024 | 2720 |
| | | | K1040299048 | 9/28/2020 | 8/23/2024 | 2720 |
| | | | K1040299055 | 10/1/2020 | 9/27/2024 | 2720 |
| | | | K1040299063 | 10/8/2020 | 9/27/2024 | 2720 |
| | | | K1040299089 | 10/13/2020 | 9/27/2024 | 2720 |
| | | | K1040299097 | 10/12/2020 | 9/27/2024 | 2720 |
| | | | K1040299105 | 10/20/2020 | 9/27/2024 | 2720 |
| | | | K1040299113 | 10/19/2020 | 9/27/2024 | 2720 |
| | | | K1040299121 | 10/19/2020 | 9/27/2024 | 2720 |
| | | | K1040299139 | 10/20/2020 | 9/27/2024 | 2720 |
| | | | K1040299147 | 10/26/2020 | 9/27/2024 | 2720 |
| | | | K1040299154 | 10/26/2020 | 9/27/2024 | 2720 |
| | | | K1040299170 | 11/2/2020 | 10/25/2024 | 2720 |
| | | | K1040299188 | 11/2/2020 | 10/25/2024 | 2720 |
| | | | K1040299220 | 11/10/2020 | 10/25/2024 | 2720 |
| | | | K1040299238 | 11/9/2020 | 10/25/2024 | 2720 |
| | | | K1040299261 | 11/16/2020 | 10/25/2024 | 2720 |
| | | | K1040299279 | 11/16/2020 | 10/25/2024 | 2720 |
| | | | K1040299303 | 11/23/2020 | 11/1/2024 | 2720 |

Form 1-3

## SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040299329 | 11/23/2020 | 10/25/2024 | 2720 |
| | | | K1040299360 | 11/30/2020 | 10/25/2024 | 2720 |
| | | | K1040299394 | 12/7/2020 | 11/22/2024 | 2720 |
| | | | K1040299410 | 12/14/2020 | 11/22/2024 | 2720 |
| | | | K1040299428 | 12/14/2020 | 11/22/2024 | 2720 |
| | | | K1040299436 | 12/14/2020 | 11/22/2024 | 2720 |
| | | | K1040299451 | 12/21/2020 | 11/22/2024 | 2720 |
| | | | K1040299469 | 12/21/2020 | 11/22/2024 | 2720 |
| | | | SCS26860108 | 10/16/2020 | 9/27/2024 | 2720 |
| | | | SCS30514873 | 11/9/2020 | 10/25/2024 | 2720 |
| 272023105036 | 11/21/2023 | 10/27/2025 | K1040296101 | 7/1/2019 | 6/30/2023 | 2720 |
| | | | K1040296119 | 7/1/2019 | 6/30/2023 | 2720 |
| | | | K1040296150 | 7/9/2019 | 6/30/2023 | 2720 |
| | | | K1040296168 | 7/9/2019 | 6/30/2023 | 2720 |
| | | | K1040296184 | 7/11/2019 | 6/30/2023 | 2720 |
| | | | K1040296200 | 7/15/2019 | 6/30/2023 | 2720 |
| | | | K1040296218 | 7/15/2019 | 6/30/2023 | 2720 |
| | | | K1040296291 | 7/19/2019 | 6/30/2023 | 2720 |
| | | | K1040296309 | 7/22/2019 | 6/30/2023 | 2720 |
| | | | K1040296317 | 7/22/2019 | 6/30/2023 | 2720 |
| | | | K1040296325 | 7/22/2019 | 6/30/2023 | 2720 |
| | | | K1040296366 | 7/29/2019 | 6/30/2023 | 2720 |
| | | | K1040296374 | 7/29/2019 | 6/30/2023 | 2720 |
| | | | K1040296390 | 8/5/2019 | 7/7/2023 | 2720 |
| | | | K1040296408 | 8/5/2019 | 7/7/2023 | 2720 |
| | | | K1040296515 | 8/19/2019 | 7/7/2023 | 2720 |
| | | | K1040296523 | 8/19/2019 | 7/7/2023 | 2720 |
| | | | K1040296549 | 8/19/2019 | 7/7/2023 | 2720 |
| | | | K1040296606 | 8/29/2019 | 7/7/2023 | 2720 |
| | | | K1040296622 | 8/27/2019 | 7/7/2023 | 2720 |
| | | | K1040296630 | 8/27/2019 | 7/7/2023 | 2720 |
| | | | K1040296648 | 9/4/2019 | 8/25/2023 | 2720 |
| | | | K1040296663 | 8/30/2019 | 7/7/2023 | 2720 |
| | | | K1040296705 | 9/4/2019 | 8/25/2023 | 2720 |
| | | | K1040296713 | 9/4/2019 | 8/25/2023 | 2720 |
| | | | K1040296739 | 9/10/2019 | 8/25/2023 | 2720 |
| | | | K1040296747 | 9/10/2019 | 8/25/2023 | 2720 |
| | | | K1040296762 | 9/10/2019 | 8/25/2023 | 2720 |
| | | | K1040296796 | 9/17/2019 | 8/25/2023 | 2720 |
| | | | K1040296804 | 9/17/2019 | 9/15/2023 | 2720 |
| | | | K1040296853 | 9/24/2019 | 8/25/2023 | 2720 |
| | | | K1040296861 | 9/24/2019 | 9/15/2023 | 2720 |
| | | | K1040296895 | 10/1/2019 | 9/22/2023 | 2720 |
| | | | K1040296903 | 10/1/2019 | 9/22/2023 | 2720 |

Form 1-3

## SCHEDULE OF PROTESTS

CEE008
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040296986 | 10/8/2019 | 9/29/2023 | 2720 |
| | | | K1040297042 | 10/15/2019 | 9/29/2023 | 2720 |
| | | | K1040297067 | 10/15/2019 | 9/29/2023 | 2720 |
| | | | K1040297075 | 10/15/2019 | 9/29/2023 | 2720 |
| | | | K1040297083 | 10/15/2019 | 9/29/2023 | 2720 |
| | | | K1040297141 | 10/21/2019 | 9/29/2023 | 2720 |
| | | | K1040297166 | 10/29/2019 | 9/29/2023 | 2720 |
| | | | K1040297174 | 11/1/2019 | 10/13/2023 | 2720 |
| | | | K1040297182 | 10/25/2019 | 9/29/2023 | 2720 |
| | | | K1040297208 | 10/29/2019 | 9/29/2023 | 2720 |
| | | | K1040297216 | 10/29/2019 | 9/29/2023 | 2720 |
| | | | K1040297240 | 11/4/2019 | 10/20/2023 | 2720 |
| | | | K1040297257 | 11/4/2019 | 11/3/2023 | 2720 |
| | | | K1040297281 | 11/14/2019 | 11/3/2023 | 2720 |
| | | | K1040297299 | 11/12/2019 | 10/27/2023 | 2720 |
| | | | K1040297307 | 11/11/2019 | 10/27/2023 | 2720 |
| | | | K1040297331 | 11/19/2019 | 10/27/2023 | 2720 |
| | | | K1040297349 | 11/20/2019 | 10/27/2023 | 2720 |
| | | | K1040297380 | 11/19/2019 | 10/27/2023 | 2720 |
| | | | K1040297398 | 11/18/2019 | 10/27/2023 | 2720 |
| | | | K1040297414 | 11/29/2019 | 11/3/2023 | 2720 |
| | | | K1040297422 | 11/29/2019 | 11/3/2023 | 2720 |
| | | | K1040297463 | 11/25/2019 | 11/3/2023 | 2720 |
| | | | K1040297471 | 11/25/2019 | 11/3/2023 | 2720 |
| | | | SCS60370294 | 7/25/2019 | 6/16/2023 | 2720 |
| | | | SCS68504472 | 9/19/2019 | 8/25/2023 | 2720 |
| | | | SCS74240012 | 10/28/2019 | 10/6/2023 | 2720 |
| 272023104945 | 6/22/2023 | 10/27/2025 | K1040294700 | 3/4/2019 | 2/17/2023 | 2720 |
| | | | K1040294718 | 3/4/2019 | 2/17/2023 | 2720 |
| | | | K1040294726 | 3/4/2019 | 2/10/2023 | 2720 |
| | | | K1040294734 | 3/4/2019 | 2/17/2023 | 2720 |
| | | | K1040294742 | 3/4/2019 | 2/17/2023 | 2720 |
| | | | K1040294759 | 3/4/2019 | 2/17/2023 | 2720 |
| | | | K1040294767 | 3/4/2019 | 2/17/2023 | 2720 |
| | | | K1040294791 | 3/11/2019 | 2/17/2023 | 2720 |
| | | | K1040294809 | 3/11/2019 | 2/17/2023 | 2720 |
| | | | K1040294817 | 3/11/2019 | 2/17/2023 | 2720 |
| | | | K1040294825 | 3/11/2019 | 2/17/2023 | 2720 |
| | | | K1040294833 | 3/11/2019 | 2/17/2023 | 2720 |
| | | | K1040294841 | 3/11/2019 | 2/17/2023 | 2720 |
| | | | K1040294882 | 3/18/2019 | 2/17/2023 | 2720 |
| | | | K1040294890 | 3/18/2019 | 2/17/2023 | 2720 |
| | | | K1040294908 | 3/18/2019 | 2/17/2023 | 2720 |
| | | | K1040294916 | 3/18/2019 | 2/17/2023 | 2720 |

# SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040294924 | 3/18/2019 | 2/17/2023 | 2720 |
| | | | K1040294932 | 3/18/2019 | 2/17/2023 | 2720 |
| | | | K1040294957 | 3/22/2019 | 2/17/2023 | 2720 |
| | | | K1040294965 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040294973 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040294981 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040294999 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040295004 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040295012 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040295020 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040295038 | 3/25/2019 | 2/17/2023 | 2720 |
| | | | K1040295053 | 3/29/2019 | 2/17/2023 | 2720 |
| | | | K1040295061 | 4/4/2019 | 3/17/2023 | 2720 |
| | | | K1040295079 | 4/2/2019 | 3/17/2023 | 2720 |
| | | | K1040295087 | 4/2/2019 | 3/17/2023 | 2720 |
| | | | K1040295095 | 4/2/2019 | 3/17/2023 | 2720 |
| | | | K1040295103 | 4/2/2019 | 3/17/2023 | 2720 |
| | | | K1040295129 | 4/5/2019 | 3/17/2023 | 2720 |
| | | | K1040295137 | 4/8/2019 | 3/17/2023 | 2720 |
| | | | K1040295145 | 4/8/2019 | 3/17/2023 | 2720 |
| | | | K1040295152 | 4/8/2019 | 3/17/2023 | 2720 |
| | | | K1040295160 | 4/8/2019 | 3/17/2023 | 2720 |
| | | | K1040295194 | 4/15/2019 | 3/17/2023 | 2720 |
| | | | K1040295202 | 4/15/2019 | 3/10/2023 | 2720 |
| | | | K1040295210 | 4/15/2019 | 3/10/2023 | 2720 |
| | | | K1040295236 | 4/15/2019 | 3/17/2023 | 2720 |
| | | | K1040295244 | 4/15/2019 | 3/17/2023 | 2720 |
| | | | K1040295251 | 4/15/2019 | 3/17/2023 | 2720 |
| | | | K1040295285 | 4/22/2019 | 3/17/2023 | 2720 |
| | | | K1040295293 | 4/26/2019 | 3/17/2023 | 2720 |
| | | | K1040295301 | 4/22/2019 | 3/17/2023 | 2720 |
| | | | K1040295319 | 4/22/2019 | 3/17/2023 | 2720 |
| | | | K1040295343 | 4/26/2019 | 3/17/2023 | 2720 |
| | | | K1040295350 | 4/25/2019 | 3/17/2023 | 2720 |
| | | | K1040295376 | 4/29/2019 | 3/17/2023 | 2720 |
| | | | K1040295384 | 4/29/2019 | 3/17/2023 | 2720 |
| | | | K1040295392 | 4/29/2019 | 3/17/2023 | 2720 |
| | | | K1040295400 | 4/29/2019 | 3/17/2023 | 2720 |
| | | | K1040295418 | 4/29/2019 | 3/17/2023 | 2720 |
| | | | K1040295442 | 5/6/2019 | 4/28/2023 | 2720 |
| | | | K1040295459 | 5/6/2019 | 4/28/2023 | 2720 |
| | | | K1040295467 | 5/6/2019 | 4/28/2023 | 2720 |
| | | | K1040295491 | 5/13/2019 | 4/28/2023 | 2720 |
| | | | K1040295509 | 5/13/2019 | 4/28/2023 | 2720 |

Form 1-3

# SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040295517 | 5/13/2019 | 4/28/2023 | 2720 |
| | | | K1040295533 | 5/13/2019 | 4/28/2023 | 2720 |
| | | | K1040295582 | 5/20/2019 | 4/28/2023 | 2720 |
| | | | K1040295590 | 5/20/2019 | 4/28/2023 | 2720 |
| | | | K1040295616 | 5/20/2019 | 4/28/2023 | 2720 |
| | | | K1040295624 | 5/20/2019 | 4/28/2023 | 2720 |
| | | | K1040295673 | 5/28/2019 | 4/28/2023 | 2720 |
| | | | K1040295681 | 5/28/2019 | 4/28/2023 | 2720 |
| | | | K1040295715 | 5/28/2019 | 4/28/2023 | 2720 |
| | | | K1040295723 | 5/28/2019 | 4/28/2023 | 2720 |
| | | | K1040295749 | 6/3/2019 | 5/26/2023 | 2720 |
| | | | K1040295756 | 6/3/2019 | 5/26/2023 | 2720 |
| | | | K1040295764 | 6/3/2019 | 5/26/2023 | 2720 |
| | | | K1040295772 | 6/3/2019 | 5/26/2023 | 2720 |
| | | | K1040295830 | 6/11/2019 | 5/26/2023 | 2720 |
| | | | K1040295848 | 6/10/2019 | 5/26/2023 | 2720 |
| | | | K1040295855 | 6/10/2019 | 5/26/2023 | 2720 |
| | | | K1040295905 | 6/17/2019 | 5/26/2023 | 2720 |
| | | | K1040295913 | 6/17/2019 | 5/26/2023 | 2720 |
| | | | K1040295921 | 6/17/2019 | 5/26/2023 | 2720 |
| | | | K1040295939 | 6/17/2019 | 5/26/2023 | 2720 |
| | | | K1040295970 | 6/20/2019 | 5/26/2023 | 2720 |
| | | | K1040295996 | 6/24/2019 | 5/26/2023 | 2720 |
| | | | K1040296002 | 6/25/2019 | 5/26/2023 | 2720 |
| | | | K1040296010 | 6/24/2019 | 5/26/2023 | 2720 |
| | | | K1046743445 | 5/1/2019 | 4/28/2023 | 2720 |
| | | | SCS41345712 | 3/18/2019 | 2/10/2023 | 2720 |
| | | | SCS43831685 | 4/3/2019 | 3/17/2023 | 2720 |
| | | | SCS44066786 | 4/4/2019 | 3/10/2023 | 2720 |
| | | | SCS44412014 | 4/5/2019 | 3/10/2023 | 2720 |
| | | | SCS50852798 | 5/20/2019 | 4/14/2023 | 2720 |
| | | | SCS51876259 | 5/27/2019 | 4/14/2023 | 2720 |
| 272020101252 | 1/31/2020 | 10/27/2025 | K1040291532 | 7/23/2018 | 9/13/2019 | 2720 |
| | | | K1040291540 | 7/23/2018 | 9/13/2019 | 2720 |
| | | | K1040291557 | 7/23/2018 | 9/13/2019 | 2720 |
| | | | K1040291565 | 7/23/2018 | 9/13/2019 | 2720 |
| | | | K1040291573 | 7/23/2018 | 9/13/2019 | 2720 |
| | | | K1040291581 | 7/23/2018 | 9/13/2019 | 2720 |
| | | | K1040291599 | 7/23/2018 | 9/13/2019 | 2720 |
| | | | K1040291607 | 7/27/2018 | 9/13/2019 | 2720 |
| | | | K1040291615 | 7/27/2018 | 9/13/2019 | 2720 |
| | | | K1040291623 | 7/27/2018 | 9/13/2019 | 2720 |
| | | | K1040291656 | 7/25/2018 | 9/13/2019 | 2720 |
| | | | K1040291730 | 7/30/2018 | 9/20/2019 | 2720 |

# SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040291748 | 7/30/2018 | 9/20/2019 | 2720 |
| | | | K1040291755 | 7/30/2018 | 9/20/2019 | 2720 |
| | | | K1040291763 | 7/30/2018 | 9/20/2019 | 2720 |
| | | | K1040291771 | 7/30/2018 | 9/20/2019 | 2720 |
| | | | K1040291789 | 7/30/2018 | 9/20/2019 | 2720 |
| | | | K1040291797 | 7/30/2018 | 9/20/2019 | 2720 |
| | | | K1040291813 | 8/1/2018 | 9/20/2019 | 2720 |
| | | | K1040291847 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291854 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291862 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291870 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291888 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291896 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291904 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291912 | 8/6/2018 | 9/27/2019 | 2720 |
| | | | K1040291946 | 8/7/2018 | 9/27/2019 | 2720 |
| | | | K1040291953 | 8/9/2018 | 9/27/2019 | 2720 |
| | | | K1040291979 | 8/13/2018 | 10/4/2019 | 2720 |
| | | | K1040291987 | 8/13/2018 | 10/4/2019 | 2720 |
| | | | K1040291995 | 8/13/2018 | 10/4/2019 | 2720 |
| | | | K1040292001 | 8/13/2018 | 10/4/2019 | 2720 |
| | | | K1040292019 | 8/13/2018 | 10/4/2019 | 2720 |
| | | | K1040292027 | 8/13/2018 | 10/4/2019 | 2720 |
| | | | K1040292035 | 8/13/2018 | 10/4/2019 | 2720 |
| | | | K1040292068 | 8/16/2018 | 10/4/2019 | 2720 |
| | | | K1040292076 | 8/16/2018 | 10/4/2019 | 2720 |
| | | | K1040292100 | 8/20/2018 | 10/11/2019 | 2720 |
| | | | K1040292118 | 8/20/2018 | 10/11/2019 | 2720 |
| | | | K1040292126 | 8/20/2018 | 10/11/2019 | 2720 |
| | | | K1040292134 | 8/20/2018 | 10/11/2019 | 2720 |
| | | | K1040292142 | 8/20/2018 | 10/11/2019 | 2720 |
| | | | K1040292159 | 8/20/2018 | 10/11/2019 | 2720 |
| | | | K1040292167 | 8/20/2018 | 10/11/2019 | 2720 |
| | | | K1040292217 | 8/27/2018 | 10/18/2019 | 2720 |
| | | | K1040292225 | 8/27/2018 | 10/18/2019 | 2720 |
| | | | K1040292233 | 8/27/2018 | 10/18/2019 | 2720 |
| | | | K1040292241 | 8/27/2018 | 10/18/2019 | 2720 |
| | | | K1040292258 | 8/27/2018 | 10/18/2019 | 2720 |
| | | | K1040292266 | 8/27/2018 | 10/18/2019 | 2720 |
| | | | K1040292274 | 8/27/2018 | 10/18/2019 | 2720 |
| | | | K1040292316 | 9/6/2018 | 10/25/2019 | 2720 |
| | | | K1040292332 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292340 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292357 | 9/4/2018 | 10/25/2019 | 2720 |

Form 1-3

## SCHEDULE OF PROTESTS

<u>CEE008</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | K1040292365 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292373 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292381 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292399 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292407 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292415 | 9/4/2018 | 10/25/2019 | 2720 |
| | | | K1040292464 | 9/10/2018 | 10/25/2019 | 2720 |
| | | | K1040292472 | 9/10/2018 | 10/25/2019 | 2720 |
| | | | K1040292480 | 9/10/2018 | 10/25/2019 | 2720 |
| | | | K1040292498 | 9/10/2018 | 10/25/2019 | 2720 |
| | | | K1040292506 | 9/10/2018 | 10/25/2019 | 2720 |
| | | | K1040292514 | 9/10/2018 | 10/25/2019 | 2720 |
| | | | K1040292522 | 9/10/2018 | 10/25/2019 | 2720 |
| | | | K1040292613 | 9/18/2018 | 11/8/2019 | 2720 |
| | | | K1040292621 | 9/18/2018 | 11/8/2019 | 2720 |
| | | | K1040292639 | 9/18/2018 | 11/8/2019 | 2720 |
| | | | K1040292647 | 9/18/2018 | 11/8/2019 | 2720 |
| | | | K1040292654 | 9/18/2018 | 11/8/2019 | 2720 |
| | | | K1040292662 | 9/18/2018 | 11/8/2019 | 2720 |
| | | | K1040292696 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292704 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292712 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292720 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292738 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292746 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292753 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292761 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292779 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292787 | 9/24/2018 | 11/8/2019 | 2720 |
| | | | K1040292829 | 9/26/2018 | 11/8/2019 | 2720 |